## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **Kristi VonDeylen,** | ) |
| | ) |
| | )   **Case No. 0:24-cv-02051-DWF-DJF** |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) |
| | ) |
| **Aptive Environmental, LLC,** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

_____

## NOTICE OF APPEAL

Now comes Aptive Environmental, LLC and appeals to the United States Court of Appeals for the Eighth Circuit from the District Court's Memorandum Opinion and Order dated December 9, 2024, filed as ECF Dkt. No. 33 in this matter.

Dated: December 18, 2024

**MAC MURRAY & SHUSTER, LLP**

/s/ *Lisa A. Messner*
Lisa A. Messner (Ohio Bar No. 0074034)
*Admitted Pro Hac Vice*
6525 West Campus Oval, Suite 210
New Albany, Ohio 43054
(614) 939-9955, (614) 939-9954
lmessner@mslawgroup.com

-and-

**SAPIENTIA LAW GROUP, PLLC**
/s/Sonia Miller-Van Oort_____
Sonia Miller-Van Oort (#278087)
Sheri L. Stewart (#0400254)

120 South 6th Street, Suite 100
Minneapolis, MN 55402
Phone: 612-756-7100
Fax: 612-756-7101
soniamv@sapientialaw.com
sheris@sapientialaw.com

***ATTORNEYS FOR DEFENDANT***
***APTIVE ENVIRONMENTAL, LLC***